# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE GONZALEZ-LIZARRAGA,<br><br>　　　　　　　Defendant. | Criminal Case No: 22-CR-00966-JLS<br><br>**ORDER CONTINUING MOTION<br>HEARING/TRIAL SETTING** |

　　　Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting scheduled for May 27, 2022 at 1:30 p.m. be continued to July 22, 2022 at 1:30 p.m.

　　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) as well as § 3161(h)(1)(D).

　　　**IT IS SO ORDERED.**

Dated:  May 20, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge