# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>JOSE GONZALEZ LIZARRAGA,<br>　　　　Defendant. | Criminal Case: 22-CR-00966-JLS<br><br>**ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion hearing/trial setting is continued from July 20, 2022 to September 9, 2022 at 1:30 p.m.

**IT IS FURTHER ORDERED** that the period of delay from July 20, 2022 to September 9, 2022 at 1:30 p.m. be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendants in a speedy trial. The Court has considered the parties' exercise of due diligence in making this determination.

　　　IT IS SO ORDERED.
Dated: July 13, 2022

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge